UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT ROBBINS,

          Plaintiff,

      v.

UNKNOWN,

          Defendant.

Case No. CV 18-03187 JLS (RAO)

JUDGMENT

In accordance with the Order Dismissing Case issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice, and this action is dismissed.

DATE: June 8, 2018

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE